# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO AUGUSTINE DIAZ LOPEZ,<br><br>           Petitioner,<br><br>    v.<br><br>M. McDONALD, Warden,<br><br>           Respondent. | Case No. EDCV 09-1839-SJO (JEM)<br><br>**J U D G M E N T** |

In accordance with the Report and Recommendation of the United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that the action is dismissed with prejudice.

DATED: April 19, 2011

*S. James Otero*

S. JAMES OTERO
UNITED STATES DISTRICT JUDGE